No. D–1337.  IN RE DISBARMENT OF AGRILLO.  It is ordered that Leo J. Agrillo, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig.  DELAWARE ET AL. v. NEW YORK.  Pursuant to the order entered October 4, 1993 [ante, p. 805], motion of New York for leave to file a counterclaim referred to the Special Master.  [For earlier order herein, see, e. g., ante, p. 805.]

No. 92–8556.  NICHOLS v. UNITED STATES.  C. A. 6th Cir. [Certiorari granted, 509 U. S. 953.]  Motion of Criminal Justice Legal Foundation for leave to file a brief as amicus curiae granted.

No. 92–8894.  VICTOR v. NEBRASKA.  Sup. Ct. Neb.  [Certiorari granted, 509 U. S. 954]; and

No. 92–9049.  SANDOVAL v. CALIFORNIA.  Sup. Ct. Cal.  [Certiorari granted, 509 U. S. 954.]  Motion of petitioners for divided argument granted.  Motions of Criminal Justice Legal Foundation and California District Attorney's Association for leave to file briefs as amici curiae granted.

No. 93–180.  BOCA GRANDE CLUB, INC. v. FLORIDA POWER & LIGHT CO., INC.  C. A. 11th Cir.  [Certiorari granted, 509 U. S. 953.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 93–289.  DALTON, SECRETARY OF THE NAVY, ET AL. v. SPECTER ET AL.  C. A. 3d Cir.  [Certiorari granted, ante, p. 930.] Motion of Business Executives for National Security for leave to file a brief as amicus curiae granted.